IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 97-cr-00190-WDM

UNITED STATES OF AMERICA,

v.

CHERYL CRIHFIELD,

Defendant.

## ORDER DENYING MOTION FOR RECONSIDERATION

Defendant has filed *pro se* on January 18, 2006, a letter to the Court in which she asks me to reconsider her sentence pursuant to 18 U.S.C. § 3582. The letter has been docketed as a motion for reconsideration. I must construe the motion liberally because Defendant is representing herself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, I should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, I will deny the motion.

Title 18 U.S.C. § 3582(c) relates to the modification of an imposed term of imprisonment and provides that a "court may not modify a term of imprisonment once it has been imposed except" in three limited circumstances. *See also United States v. Smartt*, 129 F.3d 539, 540-41 (10th Cir. 1997). First, a court may reduce the term of imprisonment on motion of the Director of the Bureau of Prisons if special circumstances exist. *See* 18 U.S.C. § 3582(c)(1)(A)(i), (ii). Second, a "court may modify an imposed term of imprisonment to the extent otherwise expressly permitted by

statute or by Rule 35 of the Federal Rules of Criminal Procedure." 18 U.S.C.

§ 3582(c)(1)(B). Finally, a court may reduce the term of imprisonment "in the case of a

defendant who has been sentenced to a term of imprisonment based on a sentencing

range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C.

§ 3582(c)(2).

Defendant asks me to reconsider her sentence based on special circumstances.

However, I need not consider whether the circumstances she describes amount to

special circumstances within the meaning of § 3582(c)(1)(A) because, as noted above,

a motion for a sentence reduction based on special circumstances must be made by

the Director of the Bureau of Prisons. *See Smartt*, 129 F.3d at 541. Defendant may

not make the motion herself. Accordingly, it is

ORDERED that Defendant's letter to the Court filed on January 18, 2006, which

has been docketed as a motion for reconsideration, is denied.

DATED at Denver, Colorado, this 27th day of _____January_____, 2006.

BY THE COURT:

WALKER D. MILLER
United States District Judge